AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Yong Zheng ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-06693 |
| Zwicker & Associates, P.C. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Yong Zheng                                                    .

Date:  12/03/2025

/s/
*Attorney's signature*

Ahmad Keshavarz, NY Bar # 4524260
*Printed name and bar number*

16 Court St., Suite 2600
Brooklyn, NY 11241

*Address*

ahmad@newyorkconsumerattorney.com
*E-mail address*

(347) 308-4859
*Telephone number*

(877) 496-7809
*FAX number*