AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| YONG ZHENG | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 25-6693 |
| ZWICKER & ASSOCIATES, P.C., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Yong Zheng.

Date: 12/08/2025

/s/ Carolyn E. Coffey
*Attorney's signature*

Carolyn E. Coffey (6741)
*Printed name and bar number*
Mobilization for Justice
100 William St., 6th Fl.
New York, NY 10038

*Address*

ccoffey@mfjlegal.org
*E-mail address*

(212) 417-3701
*Telephone number*

(212) 417-3890
*FAX number*