```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------x
YONG ZHENG,
                                            STIPULATION EXTENDING
                    Plaintiff,              DEFENDANT'S TIME TO
                                            ANSWER COMPLAINT
         -against-
                                            25-CV-6693

ZWICKER & ASSOCIATES, P.C.,

                    Defendant(s).
-----------------------------------------x
```

Plaintiff, by his attorney, Mia Guthart, Esq., and defendant, by its attorneys, Barron & Newburger, P.C., agree as follows:

1. That defendant's time to answer the complaint is extended to February 24, 2026

Dated: New City, NY
       February 2, 2026

_____          _____
Mia Guthart, Esq.                  Arthur Sanders, Esq.
Mobilization for Justice, Inc.     BARRON & NEWBURGER, P.C.
Attorney for plaintiff             Attorneys for defendant
100 William Street, 6th Floor      30 South Main Street
New York, NY  10038                New City, NY  10956