UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------x
YONG ZHENG,

                Plaintiff,

      -against-

ZWICKER & ASSOCIATES, P.C.,

                Defendant(s).
------------------------------------------x

STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER COMPLAINT

25-CV-6693

        Plaintiff, by his attorney, Mia Guthart, Esq., and defendant, by its attorneys, Barron & Newburger, P.C., agree as follows:

1. That defendant's time to answer the complaint is extended to February 24, 2026

Dated: New City, NY
       February 2, 2026

_____
Mia Guthart, Esq.
Mobilization for Justice, Inc.
Attorney for plaintiff
100 William Street, 6th Floor
New York, NY  10038

_____
Arthur Sanders, Esq.
BARRON & NEWBURGER, P.C.
Attorneys for defendant
30 South Main Street
New City, NY  10956

**Application Granted**
**SO ORDERED**
Brooklyn, New York
Dated: _____02/03/2026_____

/s/ Eric N. Vitaliano
_____
**Eric N. Vitaliano**
**United States District Judge**