UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------x
YONG ZHENG,

               Plaintiff,

  -against-


ZWICKER & ASSOCIATES, P.C.,

               Defendant(s).
-----------------------------------x

**RULE 7.1 DISCLOSURE**

25-CV-6693

      Defendant, **ZWICKER & ASSOCIATES, P.C.**, by its attorneys BARRON & NEWBURGER, P.C., alleges that the defendant has no publicly traded parent companies.


Dated:   New City, NY
          February 25, 2026

                                                _____
                                                ARTHUR SANDERS, ESQ. (AS1210)
                                                BARRON & NEWBURGER, P.C.
                                                Attorneys for defendant
                                                30 South Main Street
                                                New City, NY  10956
                                                845-499-2990