# B♥N

**BARRON & NEWBURGER, PC**

**Arthur Sanders**
*Attorney*

Office 845-499-2990 | E-Mail: asanders@bn-lawyers.com

March 4, 2026

Hon. Taryn A. Merkl
U.S. District Court
225 Cadman Plaza
Brooklyn, NY  11201

RE:    Zheng v. Zwicker & Associates, P.C.
         25-CV-6693

Dear Judge Merkl:

Please be advised that this office represents the defendant Zwicker & Associates, P.C.  This letter is written to request an adjournment of the initial court conference now scheduled for March 31, 2026, at 11:15 a.m.

I have a conflict at the time set for the conference, but can be available at 3:00 p.m., on the same date, March 31, 2026.  In addition, I can be available on April 1, 2026, 11:00 a.m.

I have consulted with plaintiff's counsel and they have indicated that they are available on the dates suggested above.

This is a first request to adjourn the initial court conference and is made with consent of all counsel.

Thank you for your attention to this matter:

Sincerely,

BARRON & NEWBURGER, P.C.

By:  Arthur Sanders

as/ctw
Attachment