

100 William Street, 6th Floor
New York, NY 10038
Tel 212-417-3700
Fax 212-417-3890
www.mobilizationforjustice.org

March 23, 2026

Hon. Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:     Joint 26(f) Report
              Zheng v. Zwicker & Associates, P.C.
              Case No. 1:25-cv-06693-ENV-TAM

Dear Judge Merkl,

Mobilization for Justice, Inc., and the Law Offices of Ahmad Keshavarz represent Plaintiff Yong Zheng. We write jointly with Defendant's counsel. In light of this Court's rescheduling order dated March 5, 2026, counsel submits this joint letter in support of the enclosed proposed discovery plan, which seeks additional time from the default deadlines listed in Your Honor's Case Management Worksheet.

This case involves allegations of improper judgment enforcement in violation of the Fair Debt Collection Practices Act ("FDCPA"). Critical to the claims and defenses in this action are the existence of documents residing with third-party banks—American Express, Bank of America, and Chase Bank. These parties require judicial subpoenas to turn over relevant materials to counsel. The contents of these materials, including the original credit card application that formed the basis of the judgment Plaintiff alleges Defendant wrongfully enforced against him, inform future depositions and settlement discussions.

In our experience, it may take many months for these third parties to respond to subpoenas and turn over the relevant materials to counsel. Banks typically interpose objections to subpoena responses, which would necessitate additional time to confer with these third parties.

Further, counsel will be seeking medical records from Mr. Zheng's providers. In our experience, it may take several weeks for the providers to comply with medical records requests. The medical records may require translation from Mandarin to English.

Additionally, the Parties agree that the most likely mechanism towards settlement is through a private mediator that counsels for all parties have used successfully in the past. The Parties further agree that obtaining and disclosing these third-party documents would be essential to successful mediation.

Finally, the Parties jointly propose a small modification to item (g) of Your Honor's Model Protective Order, which states: "In the event that such a dispute cannot be resolved by the parties, either party may apply to the Court for a determination as to whether the designation is appropriate." The Parties jointly seek to place the burden of moving the Court upon the designating party and impose a deadline of 21 days to do so. Accordingly, counsel propose the following amendment to the current language: "In the event that such a dispute cannot be resolved by the

parties, the designating party will apply to the Court for a determination as to whether the designation is appropriate within 21 days of the conference between counsel."

The Parties believe this proposed discovery plan allows for a fair accounting of Mr. Zheng's distress, relevant to any future settlement discussions.

Thank you for your consideration and attention.

Sincerely,

*/Mia Guthart/*
Mia Guthart
Counsel for Plaintiff

cc: All counsel of record via ECF

2

Case Name: Zheng v. Zwicker & Associates, P.C.   Case Number: 1:25-CV-__06693__ (ENV) (TAM)

## CASE MANAGEMENT WORKSHEET

### Preparation for Initial Conference

| | |
|---|---|
| **Rule 26(f) conference held?** | Date: 3/19/2026 |
| **Deadline for Rule 26(a) initial disclosures and any HIPAA-compliant records authorizations:** | 4/3/2026 |
| **Procedures discussed for producing Electronically Stored Information (ESI)?** | Yes ☐  No ☒  N/A |
| **Confidentiality Order to be submitted for Court approval?** | Yes ☒  No ☐  N/A |
| **Anticipated number of depositions:** | Plaintiff(s): 6 <br> Defendant(s): 3 |
| **First requests for production of documents and for interrogatories due by:** | 5/1/2026 |

### Proposed Deadlines for Pre-Settlement Discovery (Phase I)

| | |
|---|---|
| **Agreed upon completion date for Phase I Discovery:** <br> (Reciprocal agreed upon document production and other discovery necessary for a reasoned consideration of settlement. Presumptively 60 days after Initial Conference.) | 9/30/2026 |
| **Date for pre-settlement status conference with counsel:** <br> (Proposed date to report the parties' preparedness for mediation or a settlement conference. Presumptively 10-15 days after the completion of Phase I Discovery.) | 10/15/2026 |

### Proposed Deadlines for Discovery and Motion Practice (Phase II)

| | |
|---|---|
| **Deadline to join new parties or amend pleadings as of right:** <br> (Presumptively 15 days after initial settlement conference) | 05/29/2026 |
| **All fact discovery completed by:** <br> (Presumptively 3.5 months after first requests for documents/interrogatories) | 1/15/2027 |
| **Joint status report certifying close of fact discovery:** | 1/29/2027 |
| **Anticipated number of expert reports:** | Plaintiff(s): 1 <br> Defendant(s): 1 |

| | |
|---|---|
| **Exchange of expert disclosures completed by:** <br> (Presumptively 30 days after fact discovery) | 2/15/2027 |
| **Expert depositions completed by:** <br> (Presumptively 30 days after initial expert disclosures) | 3/15/2027 |
| **Exchange of rebuttal expert reports by:** <br> (Presumptively 30–45 days after initial expert disclosures) | 4/15/2027 |
| **All expert discovery completed by:** | 4/30/2027 |
| **CERTIFICATION OF THE COMPLETION OF ALL DISCOVERY BY:** <br> (Presumptively 9 months after Initial Conference) | 5/14/2027 |
| **Final date to take first step in dispositive motion practice:** <br> (Parties are directed to consult the District Judge's Individual Rules regarding such motion practice. Presumptively 30 days after completion of all discovery.) | 6/15/2027 |

| | | |
|---|---|---|
| **Do the parties wish to be referred to EDNY's mediation program pursuant to Local Rule 83.8?** | Yes ☐ | No ☒ |
| **Do the parties consent to trial before a Magistrate Judge pursuant to 28 U.S.C. § 636(c)?** <br> (The fillable consent form may be found at https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge. Consenting does not affect a party's right to a jury trial.) | Yes ☐ | No ☒ |

SO ORDERED:

_____

**TARYN A. MERKL**
United States Magistrate Judge

_____
DATE