**B✦N**

BARRON & NEWBURGER, PC

**Arthur Sanders**
*Attorney*

Office 845-499-2990 | E-Mail: asanders@bn-lawyers.com

May 22, 2026

Hon. Taryn A. Merkl
U.S. District Court
225 Cadman Plaza
Brooklyn, NY 11201

RE:     Zheng v. Zwicker & Associates, P.C.
        25-CV-6693

Dear Judge Merkl:

Please be advised that this office represents the defendant in the above-captioned matter. This correspondence is being sent to request an extension of time to comply with plaintiff's discovery demands and for an extension of time to join additional parties.

Defendant is requesting an extension to June 16, 2026 to comply with plaintiff's discovery demands and to join additional parties. The current deadline is May 29, 2026. The undersigned has conferred with plaintiff's counsel and they have graciously agreed to this extension request. This is a first request to extent deadlines.

The undersigned was out of the country for the past eight days and has just returned. As a result, our office needs the additional time requested.

Thank you for your consideration.

Sincerely,

BARRON & NEWBURGER, P.C.

_____
By:  Arthur Sanders

as/ctw

Cell: (845) 548-2213 | Fax: (845) 499-2992 | 30 South Main Street | New City, NY 10956 | bn-lawyers.com