BARRON & NEWBURGER, PC

**Arthur Sanders**
*Attorney*

Office 845-499-2990 | E-Mail: asanders@bn-lawyers.com

September 29, 2026

Hon. Taryn A. Merkl
U.S. District Court
225 Cadman Plaza
Brooklyn, NY 11201

RE: Zheng v. Zwicker & Associates, P.C.
25-CV-6693

Dear Judge Merkl:

As you know, this office represents the defendant in the above-captioned matter. This letter is written to request an extension of the existing discovery deadline for Phase 1 Discovery. The deadline to complete Phase 1 Discovery is September 30, 2026.

Defendant has only recently responded to plaintiff's document production requests.

Defendant's responses included some redactions. The parties are anticipating meeting to discuss those redactions and whether some of those redactions can be lifted.

In light of this unresolved issue, we are requesting, with consent of plaintiff's counsel, an extension of time to complete Phase 1 Discovery from September 30, 2026 to October 30, 2026, for a pre-settlement status conference with counsel from October 15, 2026 to November 16, 2026, and the close of all fact discovery from January 15, 2027 to February 15, 2027. In addition, the parties are requesting an extension of time to conduct depositions to November 30, 2026.

This is a first request for an extension of time to complete discovery and is made with consent of plaintiff's counsel.

Thank you for your consideration.

Sincerely,

BARRON & NEWBURGER, P.C.

By: Arthur Sanders

as/ctw