B N

BARRON & NEWBURGER, PC

**Arthur Sanders**
*Attorney*

Office 845-499-2990 | E-Mail: asanders@bn-lawyers.com

November 23, 2026

Hon. Taryn A. Merkl
U.S. District Court
225 Cadman Plaza
Brooklyn, NY 11201

RE: Zheng v. Zwicker & Associates, P.C.
25-CV-6693

Dear Judge Merkl:

This letter is sent on behalf of both parties to the instant litigation to request an extension of the deadline for completing depositions.

The parties can represent that Phase 1 Discovery was completed, but the parties will not be able to complete depositions by the present deadline of November 30, 2026. A deposition of defendant's corporate representative was held, but additional depositions of the plaintiff and of additional fact witnesses for the defendant have not yet been scheduled because of scheduling conflicts.

The parties note that the deadline for completion of all fact discovery is February 16, 2027, and the parties are not requesting an extension of the date for the completion of all fact discovery. Instead, the parties are requesting that the deadline to complete depositions be extended to the same date for completion of all fact discovery, February 16, 2027.

This is a joint application.

Thank you for your consideration.

Sincerely,

BARRON & NEWBURGER, P.C.

______________________
By: Arthur Sanders

as/ctw